# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ROBERT D. ALLEN,

    Plaintiff,

v.                                       CASE NO. 4:10cv68-RH/WCS

THE CHRONICLE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14. No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice for failure to prosecute." The clerk must close the file.

    SO ORDERED on January 4, 2011.

                                                 s/Robert L. Hinkle
                                                 United States District Judge